UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| GULL INDUSTRIES INC., | CASE NO. C25-1923JLR |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| GRANITE STATE INSURANCE CO., | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

This matter comes before the court on Plaintiff / Counter-Defendant Gull Industries, Inc.'s ("Gull") motion for reconsideration of the court's January 26, 2026 Order granting Defendant / Counter-Claimant Granite State Insurance Company's ("Granite State") motion to dismiss Gull's complaint.  (MFR (Dkt. # 19); *see* 1/26/26

//

MINUTE ORDER - 1

Order (Dkt. # 17).)  The court requires supplemental briefing and, accordingly, ORDERS the following:

1.     Granite State shall file its response to Gull's motion for reconsideration by no later than **March 5, 2026**.  Granite State's response shall address only the issues raised in the motion for reconsideration and is limited to 2,100 words.

2.     Gull shall file its reply in support of its motion for reconsideration by no later than **March 12, 2026**.  Gull's reply is limited to 1,050 words.

3.     The Clerk is DIRECTED to renote Gull's motion for reconsideration (Dkt. # 19) for March 12, 2026.


Filed and entered this  18th  day of February, 2026.

                                JOSHUA C. LEWIS
                                Clerk of Court

                                s/ Ashleigh Drecktrah
                                Deputy Clerk

MINUTE ORDER - 2