Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GULL INDUSTRIES, INC.,

Plaintiff,

v.

GRANITE STATE INSURANCE
COMPANY,

Defendant.

No. 2-25-cv-01923

STIPULATED MOTION AND
[PROPOSED] ORDER EXTENDING
THE DEADLINE TO FILE THE JOINT
STATUS REPORT AND DISCOVERY
PLAN

Note on Motion Calendar:  May 20, 2026

## I.    INTRODUCTION

Pursuant to LCR 10(g) and LCR 16(a), Plaintiffs Gull Industries, Inc., and Defendant Granite State Insurance Company (together the "Parties") submit this stipulated motion to continue the case deadlines in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement. (Dkt. # 25) and set a deadline for the Joint Status Report of May 27, 2026.

## II.    AUTHORITY AND BACKGROUND

Under LCR 16(a), the Court "shall . . . order the submission of a joint status report . . . unless the judge finds good cause for delay."

Good cause exists to continue the current Joint Status Report deadline from its current date of May 20, 2026 to May 27, 2026. Pursuant to Federal Rule of Civil Procedure 26(f) and

STIPULATED MOTION AND [PROPOSED]
ORDER EXTENDING THE DEADLINE TO FILE
THE JOINT STATUS REPORT - 1
No. 2-25-cv-01923

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON  98101-2668
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

LCR 16, counsel for the Parties conferred on May 6, 2026 regarding initial disclosures, a joint status report, and a proposed discovery plan. However, due to scheduling conflicts caused by other matters, including multiple cross-motions, responses, and replies in other matters, as well as an argument before the Ninth Circuit Court of Appeals on May 18, 2026, the parties have been unable to finalize their Joint Status Report. Accordingly, the parties submit this Stipulated Motion seeking an extension of the deadline by one week.

This is the first request to extend a deadline in this matter.

### III.   STIPULATION

For the reasons stated above, pursuant to LCR 7(d)(1) and LCR 10(g), the Parties stipulate, agree, and respectfully request that the Court set a deadline for filing of a Joint Status Report of May 27, 2026.

I certify that this memorandum contains 258 words, in compliance with the Local Civil Rules.

DATED this 20th day of May, 2026.

PACIFICA LAW GROUP LLP

By: */s/ Paul J. Lawrence*
    Paul J. Lawrence, WSBA #13557
 *Attorneys for Plaintiff Gull Industries, Inc.*

CARNEY BADLEY SPELLMAN
Jeffrey D. Laveson
Linda Clapham

By: */s/ Jeffrey D. Laveson*
    Jeffrey D. Laveson, WSBA No. 16351
    Linda B. Clapham, WSBA No. 16735
 *Attorneys for Defendant Granite State Insurance Company*

STIPULATED MOTION AND [PROPOSED]
ORDER EXTENDING THE DEADLINE TO FILE
THE JOINT STATUS REPORT - 2
No. 2-25-cv-01923

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON  98101-2668
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

**[PROPOSED] ORDER**

IT IS SO ORDERED that this Stipulated Motion to Extend Case Deadlines is GRANTED. The deadline for the Parties to file a Joint Status Report is May 27, 2026.

DATED this 21st day of _____May_____, 2026.

_____
Honorable James L. Robart
United States District Judge

Presented by:

PACIFICA LAW GROUP LLP


By: */s/ Paul J. Lawrence*
    Paul J. Lawrence, WSBA #13557
*Attorneys for Plaintiff Gull Industries, Inc.*


CARNEY BADLEY SPELLMAN

Jeffrey D. Laveson
Linda Clapham

By: */s/ Jeffrey D. Laveson*
    Jeffrey D. Laveson, WSBA No. 16351
    Linda B. Clapham, WSBA No. 16735
*Attorneys for Defendant Granite State Insurance Company*

STIPULATED MOTION AND [PROPOSED]
ORDER EXTENDING THE DEADLINE TO FILE
THE JOINT STATUS REPORT - 3
No. 2-25-cv-01923

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750