UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GULL INDUSTRIES, INC., | CASE NO. C25-1923JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GRANITE STATE INSURANCE CO., | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

In light of the parties' representation in their joint status report that Defendant Granite State Insurance Company "is withdrawing its Motion to Stay[,]" the court STRIKES the motion to stay (Dkt. # 26). (*See* JSR (Dkt. # 33) at 2.)

//

//

MINUTE ORDER - 1

Filed and entered this  27th  day of May, 2026.

JOSHUA C. LEWIS
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2